IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JASON TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:20cv527-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, Alabama | ) | |
| Department of Corrections | ) | |
| Commissioner, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that the classification process utilized by the Alabama Department of Corrections unlawfully discriminates against male prisoners in terms of eligibility for minimum-community custody status and work release. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for class certification be denied. There are no objections to the recommendation. Upon an independent

and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. 27) is adopted.

(2) The motion for class certification (Doc. 24) is denied.

It is further ORDERED that this case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 22nd day of February, 2021.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**