```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JASON TAYLOR,                  )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:20cv527-MHT
                               )             (WO)
JEFFERSON S. DUNN, Alabama     )
Department of Corrections      )
Commissioner, et al.,          )
                               )
    Defendants.                )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that the the Alabama Department of Corrections unlawfully discriminates against male prisoners in terms of eligibility for minimum-community custody status and work release. This case is before the court on the recommendation of the United States Magistrate Judge that the case be dismissed without prejudice for failure to obey court orders. There are no objections to the recommendation. After an independent and de

novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of March, 2023.

                                                  /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE